RECORD OF GRAND JURY BALLOT

C/R __3:25 - 1341__

UNITED STATES OF AMERICA v. JONATHAN ANDREW FELKEL

(SEALED UNTIL FURTHER ORDER OF THE COURT)